No. 83–1305. BUCHANAN *v.* MERIT BOARD OF THE STATE UNIVERSITIES CIVIL SERVICE SYSTEM OF ILLINOIS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–1306. BINGHAM *v.* NEVADA STATE BOARD OF ACCOUNTANCY. Sup. Ct. Nev. Certiorari denied.

No. 83–1319. GARAFOLA *v.* WILKINSON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 83–1354. SANKARY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 83–1370. CHRISTENSEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1376. MARTIN ROOFING, INC. *v.* GOLDSTEIN. Ct. App. N. Y. Certiorari denied.

No. 83–1384. TUCKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1385. BROWN ET UX. *v.* SKI ROUNDTOP, INC., TDBA SKI LIBERTY. C. A. 3d Cir. Certiorari denied.

No. 83–1388. ARNOLD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1404. PITEO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1415. GLOVER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83–1417. LISOTTO ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1419. AVERY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1435. MARAMONTE *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.